**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

KENNETH R. LAMB,

    Plaintiff,

vs.                                      Case No.: 3:17-CV-1378-J-PDB

CSX TRANSPORTATION, INC.,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY stipulated by and between counsel for the Plaintiff, KENNETH R. LAMB, and counsel for the Defendant, CSX TRANSPORTATION, INC., by and through undersigned counsel and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), that the case captioned above has been resolved, be dismissed with prejudice and each party shall bear its own costs and attorney's fees.

RESPECTFULLY SUBMITTED this 24th day of January, 2020.

                                        **MILTON, LEACH, WHITMAN,**
                                        **D'ANDREA & ESLINGER, P.A.**

                                        /s/C. Ryan Eslinger
                                        Eric L. Leach; FL Bar No. 745480
                                        eleach@miltonleach.com
                                        C. Ryan Eslinger; FL Bar No. 634859
                                        reslinger@miltonleach.com
                                        Secondary Email Address:
                                        aaustin@miltonleach.com
                                        3127 Atlantic Boulevard
                                        Jacksonville, Florida  32207
                                        (904) 346-3800 - Telephone
                                        (904) 346-3692 - Facsimile
                                        *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on January 24th, 2020, I uploaded the foregoing to the Clerk of the United States District Court for filing via the CM/ECF system, and that a true and correct copy of the foregoing has been furnished via electronic service to all CM/ECF system participants.

**MILTON, LEACH, WHITMAN,
D'ANDREA & ESLINGER, P.A.**

/s/ C. Ryan Eslinger
Eric L. Leach; FL Bar No. 745480
eleach@miltonleach.com
C. Ryan Eslinger; FL Bar No. 634859
reslinger@miltonleach.com
Secondary Email Address:
aaustin@miltonleach.com
3127 Atlantic Boulevard
Jacksonville, Florida  32207
(904) 346-3800 - Telephone
(904) 346-3692 - Facsimile
*Attorneys for Defendant*